IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SUNTRUST MORTGAGE, INC.
ISAOA,
    Plaintiff,

    v.

ALSALUM LEE, et al.,
    Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-2687-TWT

## ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending granting the Plaintiff's Motion to Remand to State Court [Doc. 3]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of DeKalb County, Georgia.

SO ORDERED, this 8 day of November, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge